UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov
Chapter 13 Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: James C. Padula          JOINT DEBTOR:          CASE NO.: 10-46943-BKC-RBR
Last Four Digits of SS#: 6310          Last Four Digits of SS#:

This document is a plan summary. Additional data is on file in clerk's office attached to original plan.

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 3011.23 for months   1   to   60  ;
    in order to pay the following creditors:

    <u>Administrative</u>:    Attorney's Fee - $4175.00    Total paid: $2526.00
    Balance Due    $1649.00/payable $824.50/month (Months   1   to   2  )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| 2006 BMW M6 $39,600.00 | BMW Financial Services | Included in payoff amount | $465.89 $666.69 | 1 to 2 2 to 60 | $39,600.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]  N/A
IRS – Total to be paid - $120,000.00 – Payable $1411.80/mo (Months 1 to 2) and pay $2020.28/mo (Months 3 to 60)

<u>Unsecured Creditors</u>: Pay $35.29/month (Months 1 to 2) and pay $50.51/mo (Months 3 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

<u>Other Provisions Not Included Above</u>:

Debtor is paying BMW Financial Services directly for the 2011 BMW 325.

The secured creditors shall recommence billing on the above-referenced secured debts as these creditors are being directly paid by the debtors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lloyd A. Baron
_____
LLOYD A. BARON, ESQ.
ATTORNEY-IN-FACT

1/3/10