UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov
FIFTH AMENDED Chapter 13 Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: James C. Padula            JOINT DEBTOR:            CASE NO.: 10-46943-BKC-RBR
Last Four Digits of SS#: 6310            Last Four Digits of SS#:

This document is a plan summary. Additional data is on file in clerk's office attached to original plan.

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $2497.28   for months   1   to  2 ;
    B.    $1913.23   for months 3 to 20
    C.    $4575.33    for months 21 60
    in order to pay the following creditors:

    Administrative:   Attorney's Fee - $4175.00    Total paid: $2526.00
    ($3500.00 – Chapter 13 Attorney's Fee and $150.00 administrative fee, $500.00 for the motion to value and $25.00 administrative fee)
    Balance Due   $1649.00/payable $824.50/month  (Months   1       to    2   )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

| | |
|---|---|
| Sterling Inc dba Jared Galleria of Jewelry<br>c/o Weltman, Weinberg & Reis<br>POB 93784<br>Cleveland, OH  44104<br>Acct # 7002 | Total to be paid per POC  $6783.60 ($6371.00 plus 2.5% interest)<br>Payable $86.13/mo (Months 1 to 2)<br>Payable $113.99/mo (Months 3 to 60)<br>Regular payment: N/A |
| IRS | Total to be paid per POC: $7379.75<br>Payable $93.70/mo (Months 1 to 2)<br>Payable $124.01/mo (Months 3 to 60) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| 2006 BMW M6 | BMW Financial Services | 5% | $727.83<br>$963.21 | 1 to 2<br>3 to 60 | $57,321.60 |

Priority Creditors: [as defined in 11 U.S.C. §507]  N/A
IRS – Total to be paid - $126,310.53 – Payable $500.00/mo (Months 1 to 20) and pay $2907.77/mo (Months 21 to 60)

Unsecured Creditors:  Pay $38.09/month  (Months 1 to 20) and pay $50.41/mo (Months 21 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor is paying BMW Financial Services directly for the 2011 BMW 325.

The secured creditors shall recommence billing on the above-referenced secured debts as these creditors are being directly paid by the debtors.

Debtor has experienced changes in financial circumstances due to the fact that he is a physician who works as an independent contractor and his hours have been reduced approximately 30% at the clinic where he practices.

The new gross income on line 1 is $10,825.00.  Line 13 has stayed the same. The new tax deduction on line 30 is $3700.00.  The new insurance deductions on line 39 are  $0.00  (if applicable). The new qualified retirement

deductions on line 55 are $0.00. The total of all deductions on line 58 is now $17,560.33. The new monthly disposable income is now negative $4505.33.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th During the pendency of the Chapter 13 Case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lloyd A. Baron
_____
LLOYD A. BARON, ESQ.
ATTORNEY-IN-FACT

5/4/11