UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                         CASE NO. 10-46943-BKC-RBR
                                               CHAPTER 13
JAMES C. PADULA

_____/

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 137(a)

The Debtor, JAMES C. PADULA, by and through the undersigned attorney, represents as follows:

1. The Debtor is no longer able to comply with his Chapter 13 plan and does not desire to modify the plan.
2. The Debtor qualifies as Debtor under Chapter 7 of Title 11.
3. Under 11 U.S.C. §1307(a), the Debtor is entitled to convert his Chapter 13 case to a case under Chapter 7.
4. A copy of the Notice has on this date been mailed to the Chapter 13 Trustee serving this case.

WHEREFORE, the Debtor, JAMES C. PADULA, under Bankruptcy Rules 1017(d) and 9013, hereby gives notice of the conversion of this Chapter 13 case to a case number Chapter 7 of Title 11, United States Code.

Dated: January 10, 2014.

LAW OFFICES OF LLOYD A BARON, P.A.
Attorneys for Debtor(s)
1700 University Dr., #300
Coral Springs, FL 33071
(954) 796-2100

By: /s/ Lloyd A. Baron
Lloyd A. Baron
Florida Bar No. 790974

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

APPROVED:

/s/ James Padula
James C. Padula, Debtor