CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on May 13, 2014**

**Raymond B Ray**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–46943–RBR**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

James C. Padula
13761 NW 16 St
Pembroke Pines, FL 33028

SSN: xxx–xx–6310

## FINAL DECREE

The trustee, Marc P Barmat, having filed a final report that the estate has been fully administered, is discharged and the case is closed.